# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2006

Clifford W. Taylor,
Chief Justice

131162 & (15)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 131162
                                        COA: 270016
                                        St. Clair CC: 06-0010650-FH

ELIAS ARABO,
     Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2006                                    _____

d0523                                                     Clerk